**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

September 25, 2007

**LETTER ORDER**

Re:   Pineda v. Bath Unlimited, Inc.
        Civil Action No. 06-2328 (PGS)

Counsel:

    The Court has reviewed the September 21, 2007 letter from counsel for the Defendant Bath Unlimited, Inc., requesting an adjournment of the October 2, 2007 telephone status conference. Defendant's request is **GRANTED**. The telephone status conference is rescheduled for **Friday, October 12, 2007 at 12:00 PM.** One week prior to the conference, each party is to deliver to the Court a confidential letter, NOT to exceed 5 pages in total, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement.

**SO ORDERED**.

                                           s/Esther Salas
                                        **UNITED STATES MAGISTRATE JUDGE**